## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

GROVE ESTATES, LP, A PARTNERSHIP

Debtor(s)

2645 CARNEGIE ROAD
YORK, PA 17402

03-0495019

Chapter 11
Case Number: 1-14-bk-04368 RNO

**ORDER FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF AMENDED PLAN, FIXING THE TIME FOR OBJECTIONS TO CONFIRMATION OF AMENDED PLAN, AND SCHEDULING HEARING ON CONFIRMATION OF THE AMENDED PLAN**

After due consideration of the Amended Plan which was filed on April 15, 2015, to Docket No. 132 ("Amended Plan"), and after a status conference held on April 23, 2015, it is

ORDERED that within five (5) days of the date of this Order, the Debtor shall file a final Amended Plan without any interlineations; and,

FURTHER ORDERED that within five (5) days of the date of this Order, the Debtor shall file a redlined version of the final Amended Plan in which stricken materials has been lined through and any new material has been inserted and set forth in a different colored or bold-faced type showing the differences between the final Amended Plan and the Amended Plan filed to Docket No. 132; and,

FURTHER ORDERED as follows:

1. On or before seven (7) days from the date of this Order, the Debtor shall mail the Amended Plan, the disclosure statement which was approved on December 18, 2014, by Order entered at Docket No. 79, and a ballot conforming to Official Form 14 to creditors, equity security holders, and other parties in interest, and the Debtor shall also transmit these documents to the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d).

2. May 21, 2015, is fixed as the last day for submitting written acceptances or rejections of the Amended Plan. Such acceptances or rejections shall be addressed to Robert L. Knupp, Esquire, Smigel, Anderson & Sacks, 4431 North Front Street, 3rd Floor, Harrisburg, PA, 17110. Ballots must be received on or before May 21, 2015, in order to be counted.

3. May 28, 2015, is fixed as the last day for filing and serving, pursuant to Federal Rule of Bankruptcy Procedure 3020(b)(1), written objections to confirmation of the Amended Plan.

4. May 28, 2015, is fixed as the last day for the Debtor to file with the Court a tabulation of ballots accepting or rejecting the Amended Plan.

5. June 3, 2015, at 11:00 a.m. in the Bankruptcy Courtroom, Third Floor, The Ronald Reagan Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania, is fixed for the hearing on confirmation of the Amended Plan.

By the Court,

*Robert N. Opel II* (signature)

_____

Robert N. Opel, II, Bankruptcy Judge

(BI)

Date: April 23, 2015